IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Gbeke Michael Awala,
Plaintiff,

v.

MARTIN P. DURKIN,
and
U.S. MARSHAL DENNEY

Defendants.

Civ. No. 06-590-KAJ.

FILED
OCT 12 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

MOTION TO RECONSIDER ORDER.

You Created my Inmost self, you failed to knit me together with my Birthright, you knew me through and through, my being held no secrets from you, how hard for me to grasp your Judgment, how many have you ruled on, yet you refuse to keep away from my Civil Rights Complaint, those who speak blasphemously about my Constitutional Rights to my U.S. Citizen at birth, you took account of their thoughts, you let darkness Cover my claims and night wraps itself around me like prison walls, how hard for me to accept your Judgment, you

have restricted me from substentialy presenting information on the detail account of my profound birth in Miami-Dade County, you exercised on improper influence on these defendants and causes them to defy my birth name, age and present age. See: Hadix v. Johnson (1998) 144 F.3d 925 (PLRA). (Citation omitted).

In Conclusion, Gbeke Michael Awala, as a man of sterling character, having the courage to endure, to dare, to win the approbation of your own conscience, and popularity in its best and highest sense, yet it is precisely in this element of intrepidity that most present day leaders or public men and Judges of Federal Court, seem to hold to take stand for the Constitution, to ensure each Amendments hath its vibration, working results that work results again.

WHEREfore, see: Brawer v. Horowitz (1976) 535 F.2d 830 (United States has authority to represent of witness alleged to have conspired with federal prosecutor to use perjured testimony and to conceal exculpatory evidence in order to convict appellants of transporting stolen U.S. treasury bills). Thus, the illustration in Brawer, anologuous with the accolade of my case, as well as its depate, if the Court will characterize the case as precision and lucidity, as

a manner consistent to enjoin the IRS from recouping me Court well as debatable, Let the Court permit Plaintiff to Proceed in forma pauperis pursuant to 28 U.S.C. Sec. 1915, notwithstanding, unambiguous issue that he did not File the Leave to proceed at the time he file the Complaint, and notwithstanding any standing order at bar against Such permission based on the "three strike's provision. More So prior exhibits of Awala demonstrated that he has no Funds to pay the filing fee, the records as a whole in this Case and other Cases reflect Plaintiff's deliberate Intent to pay, See Awala vs Koyste. (D. Del 2005), to name a few, who has Collected at least $10.00 or more, even though the matter was terminated in this Court, if the Statutory language is clear and plain, a Court must give it effect unless the legislative history is such that a literal reading "will produce a result demonstrably at odds with the Intention of the drafters. See. Griffin v. Oceanic Contractors, In; 458 U.S. 564, 571 (1982). Here the drafters of the In Forma Paupers will tolerate extraordinary Circumstances, In an attempt to Correct manifest Injustice. Thus the Court should grant this Rule 59(e) Application. In the alternative the Court may proceed to recover the Fees from the United States Department of the Treasury exercises Custody regarding Funds "representing money that Federal agencies owe to American Citizens whose Whereabouts are unknown

See. Alabama v. Baoster, 734 F Supp 2d 25 (D.D.C. 1990)

The Court should agree with Plaintiff that the matter is not frivolous or malicious, but further believe that Plaintiff has stated a claim upon which a relief may be granted and more so, the reason why plaintiff had attached a copy of the N-400 Application was predicate of the specific thwarth at will MR. MARTIN P. Durkin, had inflicted into the U.S. Citizenship matter. Nevertheless, the Court may conducts its own independent findings of fact and grant any relief deems fit and proper in this proceeding. And the distinction thus indicated above makes perfect sense, to permit this forum to review de novo the nationality issues, because defendants are federal officers, agents or employees having dominion and control over the U.S. Citizenship and Immigration Services functions as it may be deligated to them. See. Meredith V. Von Oosterhout (1960. Iowa) 286 F.2d 216 (United States had right to appear, through its Attorney General and other subordinate officers, and conduct defense of federal Judge against whom civil action was brought for acts performed in his official capacity). Thus, the Court should permit the U.S to recoup damages regardless if monetary damages was not specified here, but candid equitable relief should be allowed into this matter. Court should grant this Motion.

Submitted under penalty of perjury to be true and correct

Respectfully Submitted

Dated: 10/7/06

Gboke M. Awak
No-82014-054.

MOSHANNON VALLEY

B unit

Resident Account Summary
Wednesday, July 19, 2006 @11:35

For CIN: 82074054 AWALA, GBEKE

| Date | Transaction Description | Amount | Balance | Owed | Held | Reference |
|---|---|---|---|---|---|---|

Mr. Awala,
You currently have no record of any financial transactions at MVCC

I have attached a memo stating the steps you must follow to retrieve information from FDC Philadelphia

Note: per MVCC policy staff have 3 days - not counting weekend/holidays to answer request - please be patient and wait the 3 days before filing duplicate request Thank You
B UNIT STAFF

**MOSHANNON VALLEY**

**Resident Transaction Receipt**

**Friday, October 6, 2006 1:14:56 pm**

**Officer ID:**

**Transaction ID:** 100060754

**BKGID:** 82074054 **Inmate Name:** AWALA, GBEKE

**Block:** 1 **Tier:** D06 **Cell:** 015L

**Transaction Type:** INMATE PAYROLL **Description:** PPAY - Education 1

**Transaction Date:** 10/6/2006 **Transaction Amount:** $0.36 **Current Funds:** $5.52

**Resident Signature:**______________________ **Date:**______________

**Authorized Signature:**______________________ **Date:**______________

Gbeke

No. 82074-054

Moshannon Valley Correctional Center

P.O. Box 2000

Philipsburg PA 16866




Judge Kent A. Jordan

U.S. District Judge

United States District Court

for the District of Delaware

844 N. King St. Lockbox 18

Wilmington DE 19801-3570

Legal mail:

INMATE MAIL FROM A CORRECTIONAL FACILITY