IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Gbeke M. Awala
        Plaintiff

        vs.                              Civ. No. 06-590-SLR.

Martin P. Durkin et al.
        Defendants.                      NOTICE OF APPEAL.


        Notice is hereby given that, I Gbeke M. Awala, hereby appeals to the United States Court of Appeals for the 3rd Circuit from the Judgment entered on 14th day of January, 2007. By Sue L. Robinson.

        In reference to probation officer: 'Although Courts may use nonjudicial officers to support judicial functions as long as judicial officer retains and exercises ultimate responsibility. See U.S. v. Johnson, (1995 NC) 48 F. 3d. 806.

        Here, District Court Improperly delegate the defendant Martin P. Durkin to assess the credibility of Plaintiff's Citizenship claim rather than District Court Independent Inquiry necessary to Justify Credibility Issues and obstruction of Justice; Such bereft exercise or responsibility.

        Submitted under penalty of perjury to be true and Correct.

                            Respectfully Submitted.
                                    Gbeke M. Awala
Dated 1/22/07.                      No. 82074-054.
                                    M. V. C. C.
                                    P. O. Box 2000
                                    Philipsburg PA 16866

FILED
3:00 PM
JAN 29 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



Gbeke Michael Awula
No. 82074-054
Moshannon Valley Correctional Center
P.O. Box 2000
Philipsburg  PA 16866

Sue L. Robinson
Chief Judge
Office of the Clerk
U.S. District Court
844 N. King Street, Lockbox 31
Wilmington, Delaware 19801-3570

U.S.M.S
X-RAY

U.S.M.S X-RAY

U.S.M.S
X-RAY