UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 07-1314

Awala

vs.

Durkin, et al.

Gbeke Michael Awala, Appellant

(Delaware District Civil No. 06-cv-00590)

O R D E R

Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR 3.3 and Misc. 107.1(a),

It is O R D E R E D that the above-entitled case is hereby dismissed for failure to timely prosecute,

It is FURTHER O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

For the Court,

Clerk

A True Copy:

Marcia M. Waldron, Clerk

Date: March 20, 2007

cc:
   Mr. Gbeke Michael Awala
   Ellen W. Slights, Esq.